UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :
UNITED STATES OF AMERICA            :    ORDER
                                    :
         - v. -                     :    19 Mag. 9591
                                    :
CLAUDIO RODRIGUEZ,                  :
                                    :
                    Defendant.      :
                                    :
------------------------------------X

GABRIEL W. GORENSTEIN, U.S.M.J.

Upon the application of defendant Claudio Rodriguez, pursuant to 18 U.S.C. § 3142(i) for temporary release from custody during the current COVID-19 pandemic, and the Government's consent based on the terms and conditions set forth herein, IT IS HEREBY ORDERED:

1. The Court's decision in this case is based on, among other things, the unique confluence of serious health issues and other risk factors facing this defendant, including the defendant's age, which places him at a substantially heightened risk of dangerous complications should he contract COVID-19 as compared to most other individuals. Accordingly, this Order should not be construed as a determination by this Court that pretrial detention is unsafe or otherwise inappropriate as a general matter or in any other specific case.

2. Pursuant to 18 U.S.C. § 3142(i), the Court concludes that compelling reasons exist for temporary release of the defendant from custody during the current public health crisis.

1

Accordingly, the defendant's application is GRANTED pursuant to the following conditions:

3. The Clerk of Court is directed to prepare a personal recognizance bond with the following conditions of release:

    a. A personal recognizance bond in the amount of $50,000, to be signed by the defendant and two other financially responsible persons;

    b. All mandatory conditions of release included in this Court's standard "Order Setting Conditions of Release" form;

    c. Home incarceration at the home of Elena Perez, 710 Tinton Avenue, Apartment 18A, Bronx, New York, with monitoring by means chosen at the discretion of Pretrial Services. The defendant shall be on 24-hour lockdown in the home except for emergency medical visits and visits with his attorneys. Any other leave from the home must be approved by either the Pretrial Services officer or by the Court on application from defense counsel.

    d. Pretrial Services supervision as directed by the Pretrial Services Office;

    e. Surrender all passports and other travel documents and make no applications for new or replacement documents;

    f. Drug testing and treatment as directed by the Pretrial Services Office;

    g. The defendant shall not possess a firearm, destructive device, or other weapon;

h. The defendant shall not use or possess any narcotic drug or controlled substance unless prescribed by a licensed medical practitioner;

i. The defendant shall be released upon the signature of the defendant on the bond. If the defendant is unable to be produced to the 500 Pearl Street United States Courthouse, the defendant shall be released directly from the Metropolitan Correctional Center within 24 hours of the entry of this order and shall sign the bond remotely.

j. Unless extended by the Court or another Magistrate or District Judge of the Southern District of New York, the defendant shall surrender to the custody of the Bureau of Prisons on or before June 1, 2020.

4. The Pretrial Services Office is directed to immediately alert the Court, the Government, and defense counsel of any violation of the above conditions, without need for a formal violation petition. The defendant is hereby notified that violation of the conditions of release will likely result in revocation of this temporary release.

5. This Order is subject to modification or revocation by the Court, or another Magistrate or District Judge of the Southern District of New York, at any time. This release order contemplates the termination of the defendant's temporary release and the return of the defendant to pretrial detention as soon as the Court,

3

or another Magistrate or District Judge of the Southern District of New York, concludes that the defendant no longer faces the acute health risk posed by the current circumstances.

6. This Order is without prejudice to any future application by either party seeking to amend it.

SO ORDERED.

Dated: New York, New York
April 1, 2020

*Gabriel W. Gorenstein*

———————————————————
THE HONORABLE GABRIEL W. GORENSTEIN
UNITED STATES MAGISTRTE JUDGE
SOUTHERN DISTRICT OF NEW YORK